IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN A. WESTOVER,

        Plaintiff,                No. CIV S-06-1336 LKK GGH P

    vs.

DR. DOUST, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On May 4, 2007, plaintiff filed a request for the court to assist him in obtaining statements from witnesses and obtaining evidence.  The court cannot assist plaintiff in the litigation of this action.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 4, 2007, request for assistance is denied.

DATED:  5/16/07

                       /s/ Gregory G. Hollows

                       UNITED STATES MAGISTRATE JUDGE

west1336.ord