IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN A. WESTOVER,

      Plaintiff,                           No. CIV S-06-1336 LKK GGH P

   vs.

DOCTOR DOUST, et al.,

      Defendants.                   <u>ORDER</u>

_____/

       Defendants have requested an extension of time to file an opposition to the plaintiff's motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants' June 11, 2007, request for an extension of time is granted; and

       2. Defendants shall file an opposition to the plaintiff's motion for summary judgment on or before June 29, 2007.

DATED: 6/18/07                           /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH/bb:west1336.36